IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
SPARTANBURG DIVISION

| | | |
|---|---|---|
| Earl Gavin, | ) | C/A 7:18-cv-00555-DCC |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| Medi Credit Inc., | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Plaintiff, proceeding pro se, filed a complaint pursuant to the Telephone Consumer Protection Act, 47 U.S.C. § 227, *et seq*. [Doc. 1.] By Order dated March 6, 2018, Plaintiff was given an opportunity to provide the necessary information and paperwork to bring the case into proper form for evaluation and possible service of process. [Doc. 9.] Plaintiff was warned that failure to provide the necessary information and paperwork (payment of the filing fee) within the timetable set in the Order may subject the case to dismissal. However, Plaintiff has not responded to the Court's Order and has failed to bring this case into proper form by paying the full filing fee.

Plaintiff has failed to prosecute this case and has failed to comply with an order of this Court. Accordingly, this case is **dismissed *without prejudice*** pursuant to Rule 41 of the Federal Rules of Civil Procedure. *See Link v. Wabash R.R. Co.*, 370 U.S. 626 (1962).

**IT IS SO ORDERED**.

s/Donald C. Coggins, Jr.
United States District Judge

April 12, 2018
Spartanburg, South Carolina

## NOTICE OF RIGHT TO APPEAL

The parties are hereby notified of the right to appeal this Order within the time period set forth under Rules 3 and 4 of the Federal Rules of Appellate Procedure.