# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Earl Gavin, ) | |
| *Plaintiff,* ) | |
| v. ) | Civil Action No.   7:18-cv-00555-DCC-JDA |
| Medi Credit, Inc., ) | |
| *Defendant,* ) | |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the respondent *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: the plaintiff, Earl Gavin, shall take nothing of the defendant, Medi Credit, Inc., as to the complaint filed pursuant to 15 U.S.C. § 1681 and this action is dismissed pursuant to FRCP 41.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Donald C. Coggins, Jr.

Date:   April 12, 2018                                          *ROBIN L. BLUME, CLERK OF COURT*

                                                                                    s/A. Buckingham
                                                                        _____
                                                                        *Signature of Clerk or Deputy Clerk*